An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

UNITED RENTALS NORTHWEST, INC., A OREGON CORPORATION,
Appellant,
vs.
TIFFINY DECORATING CO., AN ILLINOIS CORPORATION,
Respondent.

No. 65679

**FILED**

JAN 2 2 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

The parties' stipulation to dismiss this appeal, filed in this court on December 30, 2014, is approved. Accordingly, this appeal is dismissed. NRAP 42(b). The parties shall bear their own costs and fees.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Kenneth C. Cory, District Judge
Kathleen J. England, Settlement Judge
Alverson Taylor Mortensen & Sanders
Lincoln, Gustafson & Cercos
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-02457